IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| URIAH WADE HALL, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-96-WLS-TQL |
| | * |
| JAMES HOLCOMB, | |
| | * |
| Defendant. | |
| | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 18th day of November, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk